NELLIE PRIOLA, Respondent, *v.* THE CITY OF NEW YORK, Appellant.

(Submitted April 28, 1933; decided May 23, 1933.)

*Arthur J. W. Hilly,* Corporation Counsel (*William R. Wilson* of counsel), for appellant.

*Frank W. Holmes* and *William O'Dwyer* for respondent.

no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN and CROUCH, JJ. Not sitting: HUBBS, J.